UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARK OYSTERBACK AND
ANTHONY L. COOPER, et al.,

　　　　　　　Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　Case No. 3:05-cv-564-J-20HTS

GOVERNOR JEB BUSH, et al.,

　　　　　　　Defendants.

## ORDER

On June 20, 2005, Plaintiff Anthony L. Cooper, proceeding *pro se*, filed a "Client Plaintiff Affiant Affidavit & Emergency Motion on Brief Motion & Request Emergency Assistants, et al." (hereinafter Notice), in which he claims that another inmate (Tony Philips) requested a psychological emergency and then later committed suicide. Plaintiff claims that the Defendants conspired to allow inmate Philips to commit suicide and requests that this Court notify the lawyers representing the Plaintiff class in the <u>Osterback</u> case (Peter Michael Siegel and Christopher Michael Jones) as well as the Governor and the Secretary of the Florida Department of Corrections.

It appearing that Plaintiff Anthony L. Cooper intended to file this Notice in <u>Mark E. Osterback, et al., v. James V. Crosby, Jr., et al.</u>, Case No. 3:04-cv-210-J-25MCR, a class action currently

pending in this Court, this Court will direct the Clerk of the Court to file the Notice (Doc. #1) in that case, and this case will be dismissed without prejudice.

However, as a precautionary measure since Plaintiff claims his life is in danger, this Court will direct the Clerk of the Court to send a copy of the Notice (Doc. #1) and the "Osterback Court Client Plaintiff Affidavit" (Doc. #2) to class action counsel (Peter Michael Siegel and Christopher Michael Jones) in the Osterback case and to the Warden of Florida State Prison for appropriate action, if any.

If Plaintiff wishes to initiate a civil rights action, he may complete and file the enclosed civil rights complaint form.

Accordingly, it is

**ORDERED:**

1.  **The Clerk of the Court shall immediately send** a copy of this Order, the Notice (Doc. #1) and the "Osterback Court Client Plaintiff Affidavit" (Doc. #2) to the Superintendent of Florida State Prison (via facsimile) and to class action counsel (Peter Michael Siegel and Christopher Michael Jones) in Osterback, Case No. 3:04-cv-210-J-25MCR.

2.  This case is hereby dismissed **without prejudice**.

3.  The Clerk of the Court shall enter judgment dismissing this case without prejudice.

4.   The **Clerk of Court** shall send a Civil Rights Complaint form and an Affidavit of Indigency form to Plaintiff.  If Plaintiff initiates his own civil rights case, he shall **either** file a fully completed Affidavit of Indigency (if Plaintiff desires to proceed as a pauper) **or** pay the $250.00 filing fee (if Plaintiff does not desire to proceed as a pauper).  Plaintiff should not place this case number on the forms.  The Clerk will assign a new case number if Plaintiff elects to refile his claims.

5.   If Plaintiff wishes to pursue any claims in Case No. 3:04-cv-210-J-25MCR, he should contact Plaintiffs' counsel.

**DONE AND ORDERED** at Jacksonville, Florida, this 20th day of June, 2005.

TIMOTHY J. CORRIGAN
United States District Judge

sc 6/20
c:
Anthony L. Cooper
Michael Rathman, Superintendent, FSP